**Motion Granted and Order filed June 26, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00434-CV
_____

## IN THE ESTATE OF KIMBERLIE DENISE MENARD, INCAPACITATED

**On Appeal from Probate Court No. 3
Harris County, Texas
Trial Court Cause No. 261740-401**

## ORDER

This is an appeal from a judgment signed January 29, 2018. The appellate filing fee has been paid, and the clerk's record has been filed. On May 30, 2018, we notified appellant Jessie Smith that if she did not prove within 15 days that she had paid or made arrangements to pay for the reporter's record, we might consider and decide those issues or points that do not require a reporter's record.

On June 4, 2018, appellant filed a request for extension of time. Though she did not indicate the deadline for which she desired an extension, we will construe her motion as one to extend the deadline to prove she has paid or made arrangements to pay for the reporter's record. The motion has been pending for more than 10 days,

and no response has been filed.

The motion is **GRANTED**. If appellant does not provide proof to this court by **July 16, 2018**, that she has paid or made arrangements to pay for the reporter's record, we will consider and decide those issues or points that do not require a reporter's record.

PER CURIAM